IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MITCHELL MARBURY,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 19-1103-JB-B |
| **CYNTHIA STEWART,** *et al.,* | * |
| Defendants. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Defendants' motions for summary judgment be **GRANTED** as to the official capacity claims against all of the Defendants; that Defendants' motions for summary judgment be **DENIED** as to the Eighth Amendment individual capacity claims against all of the Defendants; and that Plaintiff's claims for declaratory and injunctive relief be **DISMISSED** as moot.

**DONE and ORDERED** this 24th day of May, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE